IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEFON M. GEORGE,

    Plaintiff,

v.                               Civil Action No. 3:09CV830

YOUR STORE, et al.,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on February 26, 2010, the Court conditionally docketed Plaintiff's action. The Memorandum Order warned Plaintiff that he must immediately advise the Court of his new address in the event that is transferred or relocated. On March 22, 2010, the February 26, 2010 Memorandum Order was returned to the Court by the United States Postal Service marked, "RETURN TO SENDER - NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD." Plaintiff's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Plaintiff.

It is so ORDERED.

                                              /s/
                                  Robert E. Payne
                                  Senior United States District Judge

Date: March 29, 2010
Richmond, Virginia